JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOISES LOPEZ, | ) | Case No. 2:24-cv-04204-WDK-JC |
| Petitioner, | ) ) ) | |
| v. | ) | JUDGMENT |
| B. PHILLIPS, | ) ) ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed.

IT IS SO ORDERED.

DATED: March 24, 2025

HONORABLE WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE